UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.** 08CV61663JIC

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States District Court
Middle District of Florida
Southern District Division

FILED by [initials] D.C.
OCT 19 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Jose Ramon Perez

Plaintiff

v.

D. Lashbrook et al.

Defendants

Case N° 08-161663-CIV-COH

Magistrate Judge
Patrick A. White

Civil Rights Complaint
Order Amende complete

Part A-1

Part B-1

Part A

Part B

Part C

Part D

Part E

Part F SeeT. conTen Z

Jose Ramon Perez L53206 \ I 1-201L
Glades correctional Institute
500 Orange Ave.
Belle Glade, Florida 33430

PROVIDED TO GLADES
CORRECTIONAL INSTITUTION
ON 10/19/09
FOR MAILING Jose Perez

United States District Court
Middle District of Florida
Southern District Division

José Ramon Perez
Plaintiff
V.
D. Lashbrook et al...
Defendants

Case N: 08-161663-CIV-COH

Civil Rights Complaint: Amended

Table of Conten N: 2

| Part of exhibits | From Page N: To: By exhibits | N: of Pages |
|---|---|---|
| A | Form DC6\236: 32 A 1 To 7 | 7 |
| B | Form DC6\236: 32 B 1 To 17 | 17 |
| C | Form DC6\236: 32 C 1 To 9 | 9 |
| D | Form DC6\236: 32 D 1 To 13 | 13 |
| E | Form DC6\236 and others 32 E 1 To 45 | 45 |
| F | Letters, Motions, news Papers, ••• 33 To 53 | 92 |
| A-1 | Letters, inmigration, news Papers and so on 1 To 22 | 48 |
| B-1 | Depositions, court Transcrits, Pag 29-30-31 | 141 |

N Pg 53

# EXHIBIT

# A-1

EXHIBIT (1)

# BROWARD SHERIFF'S OFFICE
## INMATE PROPERTY INVENTORY AND TRANSFER FORM

Exhibit (1)

Print or type information (Note: Do Not Include Evidence or Weapons)

| | | | |
|---|---|---|---|
| Inmate's Name (Last, First, Middle) PEREZ, JOSE | | | |
| Arrest # 590301609 | Date 9/23/03 | Time 1410 | POUCH 3802 |
| BULK | Location Taken: PSB | | |

| United States Currency | | | | | | | U.S. Coin |
|---|---|---|---|---|---|---|---|
| 1's | 5's | 10's | 20's | 50's | 100's | Total | Total |
| | | | | | | $ NONE | $ NONE |

| | | |
|---|---|---|
| Money Total: $ 0 | Inmate's Initials: J.C. | Authority's Initials: [illegible] |

| ITEM | QUANTITY | DESCRIPTION | ITEM | QUANTITY | DESCRIPTION |
|---|---|---|---|---|---|
| Bracelet - ANKLE | 1 | MULTI-COLOR | Miscellaneous | | |
| Earrings | | | | | |
| Necklace | | | | | |
| Ring | | | | | |
| Watch | | | | | |
| Belt | | | | | |
| Keys | | | | | |
| Wallet | | | Inmate is wearing: | | |
| Purse | | | | | |
| Driver License/ID | | | SHORTS | | |
| Credit Cards | | | ~~T-SHIRT~~ | | |
| | | | SANDALS | | |

By my signature, I acknowledge that the above described property is all the property, other than that held as evidence, in my possession at the time of my arrest.

| Inmate's Signature | Employee taking Property (Signature and CCN or ID#) |
|---|---|
| J.C. | [signature] 3519 |

I certify the above inventory is correct and I have received all items listed above.

| Name and CCN or ID Number | Date |
|---|---|
| 1. [signature] 3519 | |
| 2. [signature] 10680 | 9/23/03 |
| 3. | |

By my signature, I acknowledge receipt of all my listed property at the time of my release from the Broward Sheriff's Office.

| Inmate's Signature | Date | Release Authority's (Signature and CCN) | Date |
|---|---|---|---|
| | | | |

Comments:

NOTE:
Any money or tangible property belonging to and left by the inmate at the jail after defendants' release will be held for 30 days only. Any property remaining beyond 30 days will be disposed or deposited in the Inmate Welfare Fund.

DISTRIBUTION: Original – Property (White) 1st Copy – Control (Green) 2nd Copy – Inmate (Yellow) 3rd Copy – Inmate Banking (Pink) 4th Copy – Arresting Agency (Goldenrod)

BSO DP#31 (Revised 07/01)

Exhibit 2

U.S. DEPARTMENT OF HOMELAND SECURITY
Customs & Border Protection, U.S. Border Patrol

**Immigration Detainer - Notice of Action**

Booking #:
CR #: Exhibit 2
Charges:

File No. A97 392 939
Date: 9/23/03

TO: (Name, Title, and Institution)
Broward County Jail
555 SE 1st St
Ft Lauderdale, FL

FROM: (INS Office Address)
U.S. Border Patrol Pembroke Station
7201 Pembroke Rd.
Pembroke Pines, FL 33023

Name of alien: Perez, Jose Ramon
Date of Birth: 9/18/64 Nationality: Venezuela Sex: M

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service Concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice To Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on ______ (Date).

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on ______ (Date).

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling SDEO Transport during business hours or (954) 963-9805 Ext 115 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to (954) 963-9899 (Area code and facsimile number).

Return fax to the attention of Solek, John #718 (Name of INS officer handling case), at (954) 963-9899 (Area code and phone number).

☒ Notify this office of the time of release at least 30 days prior to release or as much in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on ______.

Solek, J 718
(Signature of INS official)

Senior Patrol Agent
(Title of INS official)

**Receipt acknowledged:**
Date of latest conviction: ______ Latest conviction charge: ______
Estimated release date: ______
Signature and title of official: ______

Form I-247 (Rev. 4-1-97)N

000034

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Exhibit 3

# Immigration Detainer - Notice of Ac[tion]

Exhibit 3

File No. A 73 078 341

Date: August 26, 2004

Date of Interview 8/3/2004 Inmate Number L53206 S.I.D. #: 05940333

**To:** Administrator,
South Florida R.C. - 14000 NW 41st Street, Miami, Florida 33178

Attn.: Admission and Release

**From:** U.S. Immigration and Naturalization Service
7880 Biscayne Blvd
Miami, Florida 33138

INS Name: JOSE RAMON PEREZ Institution Name: JOSE PEREZ

Date of birth: 9/18/1964 Nationality: VENEZUELA Sex: M

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

- [x] Investigation has been initialized to determine whether this person is subject to removal from the United States.
- [ ] A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on ________ (Date)
- [ ] A warrant of arrest in removal proceedings, a copy of which is attached, was served on ________ (Date).
- [ ] Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offfender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

- [x] Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling 305-762-3610 during business hours or Same after hours in an emergency.
- [ ] Please complete and sign the bottom block of the duplicate of this form and return it to this office. A self-addressed stamped envelope is enclosed for your convienience. Please return a signed copy via facsimile to 305-762-3725 (Area code and facsimile number)

Return fax to the attention of ________ (Name of INS officer handling case), at 305-762-3610 (Area code and phone number)

- [x] Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
- [x] Notify this office in the event of the inmate's death or transfer to another institution.
- [ ] Please cancel the detainer previously placed by this Service on ________.

[signature] (Signature of INS official)

Sybil Whitehead, Immigration Enf. Agent (Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: ________ Latest conviction charge: ________

Estimated release date: ________

Signature and title of official: ________

EXHIBIT 4

590301609

BROWARD COUNTY ARREST #

☐ COMPLAINT AFFIDAVIT

FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

HOLD FOR IMMIGRATION Exhibit 4

OBTS #

☒ ARREST FORM

| Filing Agency | Offense Report | Local ID # | FDLE # | FBI # | SSN |
|---|---|---|---|---|---|
| Broward County Sheriff's Office | DN03-09-1582 | | | | 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 |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| PEREZ | JOSE | RAMON | | Keny R. Bouchard | Venezuelan |

| Race | Sex | Hgt | Eyes | Hair | Wgt | Comp | Age | DOB | Birthplace | Scars, marks, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| Hispanic | M | 6'1" | BRO | BRO | 184 | MED | 39 | 9/18/64 | Venezuela | Lt. Forearm - Scar |

Permanent Address: 1776 Polk Street #4E, Hollywood, Florida

Local Address: Same as permanent

Place of Employment: Comfort Inn, 2500 Stirling Rd., Hollywood — Length: 4 years

Residence Type: (1) City ☒ (2) County ☐ (3) Florida ☐ (4) Out of State ☐

| How long defendant in Broward County: | Breathalyzer by/CCN | Reading | Place of Arrest | Date / Time arrested | Arresting Officer CCN |
|---|---|---|---|---|---|
| | N/A | N/A | 1776 Polk St. #4E | 9/23/03 1220 hrs. | Lashbrook / 6691 |

| Officer Injured | Unit | Zone | Beat | Shift | Trans. Unit | PMD | Transporting Officer CCN | Pick-up time: / Time arrived at BSO: | Drug Type |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Yes ☒ No | | | | | | Y☐ N☐ | | | N |

Type: N-N/a, A-Amphetamine, B-Barbiturate, C-Cocaine, E-Heroin, H-Hallucinogen, M-Marijuana, O-Opium, P-Paraphernalia/Equipment, S-Synthetic, U-Unknown, Z-Other

Activity: N

Activity: N-NA, P-Possession, S-Sell, B-Buy, T-Traffic, A-Smuggle, D-Deliver, E-Use, M-Manufacture, Produce/Cultivate, K-Dispense/Distribute, Z-Other

| Indication of: | Y | N | UNK |
|---|---|---|---|
| Alcohol Inf. | ☐ | ☐ | ☒ |
| Drug Inf. | ☐ | ☐ | ☒ |

Attach Defendant's Photo

Defendant's Vehicle — Type — Year — Color — VIN# — Other Identifiers — Tag — Vehicle towed to: — Other remarks

9/10/03

Name of Victim(s) (If corporation, exact legal name and state of incorporation) — ADDRESS — PHONE #

T. H. B/M 13 years old

INC 10499

| Count # | Offenses Charged | Citation # if Applicable | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | LEWD OR LASCIVIOUS BATTERY | | 800.04(4)(a) |
| 2 | LEWD OR LASCIVIOUS BATTERY | | 800.04(4)(a) |
| 3 | LEWD OR LASCIVIOUS EXHIBITION | | 800.04(7)(a)(b) |
| | | | |
| | | | |

Probable Cause Affidavit

Before me this date personally appeared DETECTIVE LASHBROOK who being first duly sworn deposes and says that on ______ day of: ______, 2003 at 1776 POLK ST. #4E HOLLYWOOD, FL (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

Between January 2003 and July 23, 2003, the defendant did engage in sexual activity with Terrence Harris, a person 12 years of age or older but less than 16 years of age, by causing mouth and/or tongue to penetrate or unite with the sexual organ of Terrence Harris.

Between January 2003 and July 23, 2003, the defendant did engage in sexual activity with Terrence Harris, a person 12 years of age or older but less than 16 years of age, by causing mouth and/or tongue to penetrate or unite with the sexual organ of Terrence Harris.

Between January 2003 and July 23, 2003, the defendant being eighteen (18) years of age or older, did intentionally expose his genitals in a lewd or lascivious manner in the presence of Terrence Harris, a person who was then less than 16 years of age.

I swear the above statement is correct and true to the best of my knowledge and belief.

D Lashbrook
Officer/Affiant's Signature

DET. LASHBROOK / 6691
Officer's Name/CCN

C.I. SEX CRIMES
Officer's Division

STATE OF FLORIDA COUNTY OF BROWARD

The forgoing instrument was acknowledged before me this 23 day of SEPTEMBER, 2003 who is personally known to me or who has produced (ID type) Known To Me as identification and who did (did or did not take an oath.)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY

DEP 937
TITLE OR RANK/CCN

2003 SEP 24 PM 3:21 FELONY CLERK, CIRCUIT COURT BROWARD COUNTY

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USES THE PROBABLE CAUSE AFFIDAVIT CONTINUATION)

Distribution
Original – Court
2nd State Attorney
3rd Filing Agency
4th Arresting Agency

Exhibit 5(A)

# INMATE REQUEST FORM

**Inmate Information:**

(TO BE COMPLETED BY INMATE)

Inmate Name: Jose Romon Perez

Arrest Number: 590301609

Date Of Request: 07/07/2004

Housing Location: A 5 426

Date of Birth: 09/18/64

Case# (If Known): ___

**Check One:**

"ROUTING LIST"- REQUEST TO BE SENT TO:

- ☐ Chaplain
- ☐ Classification/Inmate Work Prog.
- ☐ Commissary/Inmate Banking
- ☐ Confinement Status
- ☐ Community Control
- ☐ Other (Specify): Phone Please
- ☐ Food Services
- ☐ Mail Room (Detention)
- ☒ Programs
- ☐ Property (Detention)
- ☐ Law Library
- ☐ Pre-Trial

**Note:** Medical requests **must** be completed on an **"Inmate Medical Request Form".**

**(Nature of Request) WRITE OR PRINT YOUR REQUEST: (To be completed by Inmate)**

Please I wold like To call To Venezuela Consulate (Miami)

Inmate's Signature: [signature] Date Signed: 07/07/2004

**DO NOT WRITE BELOW THIS LINE - FOR OFFICIAL USE ONLY**

Housing Deputy Review: ☐ Inmate's request answered no other action needed, ☐ Request needs further action routing approved

Deputy's signature: ___ Date: ___ Time: ___

***** Staff Response or Administrative Action (add additional sheets as needed) *****

**DATE RECEIVED:** ___

Completed By: ___ CCN: ___ Date: ___

**Distribution: Original - Inmate, Yellow and Pink - Housing Deputy**

BSO DJ#24 (Revised 5/02)

 

DW 3621

Exhibit 5(B)

# INMATE REQUEST FORM

**Inmate Information:**

(TO BE COMPLETED BY INMATE)

Inmate Name: Jose Ramon Perez

Arrest Number: 590301609

Date Of Request: 07/14/2003

Housing Location: A-5

Date of Birth: 09/18/64

Case# (If Known):

**Check One:**

"ROUTING LIST"- REQUEST TO BE SENT TO:

- ☐ Chaplain
- ☐ Classification/Inmate Work Prog.
- ☐ Commissary/Inmate Banking
- ☐ Confinement Status
- ☐ Community Control
- ☐ Other (Specify): Make Call. Trevor Morgenti
- ☐ Food Services
- ☐ Mail Room (Detention)
- ☑ Programs
- ☐ Property (Detention)
- ☐ Law Library
- ☐ Pre-Trial

**Note**: Medical requests **must** be completed on an **"Inmate Medical Request Form".**

**(Nature of Request) WRITE OR PRINT YOUR REQUEST: (To be completed by Inmate)**

Please I woul like call To venezuela Consulate Thank

Inmate's Signature: Jose Ramon Perez. Date Signed: 07/14/2003.

**DO NOT WRITE BELOW THIS LINE - FOR OFFICIAL USE ONLY**

Housing Deputy Review: ☐ Inmate's request answered no other action needed, ☑ Request needs further action routing approved

Deputy's signature: [signature] 10078 Date: 7-14-03 Time: 2000

*** **Staff Response or Administrative Action (add additional sheets as needed)** ***

**DATE RECEIVED:**

Completed By: CCN: Date:

**Distribution: Original - Inmate, Yellow and Pink - Housing Deputy**

BSO DJ#24 (Revised 5/02)

Note: come fro reques exhibit (B-5)

PD: The date Place on This inmate request from Jail Joseph counte a Pompano Beach it's wrong Perhaps The Plaintiff was stressing by The Time waiting for The Trial, but also The officer in charge did not corrected such mistake.

The exactly date was 07/14/2004

Exhibit 5-2(B)

Exhibit 6

hold on him. Exhibit 6

I think during the Presentence Investigation no one has been able even to get a good sense if this is really Jose Perez. We don't really know who this gentleman is. You heard the testimony. State's recommending 12 years Florida State Prison.

MR. LEWIS: Judge, Mr. Perez is a citizen of Country of Venezuela. He will be deported to Venezuela upon completion of any sentence the Court gives him. I have the appropriate documentation. I have his passport from Venezuela in name of Jose Perez. So I don't think there will be any problem when it comes to deporting him.

Mr. Perez has no prior criminal history whatsoever. I would ask you to take that into consideration. He denies his guilt, which I think he's legally entitled to do. I certainly realize the jury has spoken on this matter, but I would ask you to give him bottom of the guidelines, realizing that he will be deported immediately upon completion of his sentence.

THE COURT: And do you have anything to say?

Exhibit 6-B

Q What your lawyer said?

A No. The State Attorney.

Q Well, this is irrelevant. Do you have anything to tell the Court? The Court presided over your trial. You are convicted by a jury. At this time you are denying your guilt. Is there anything else that you wanted to say?

A They made a mistake on the name. They made a mistake in the floor that I lived. They made a mistake on the color of my skin --

Q All right. Sir, we are not here to discuss the facts of your case. Anything else that you wanted to tell the Court?

A What I'm trying to say is that I'm not guilty of what I have been accused. And I haven't been allowed to speak to my consulate. They have violated Article 38 of the Geneva Convention. I have a right to speak to my consulate. And they also violated my Constitution, Article 14, when I was taken under arrest.

Q Anything else?

A Also they violated Article 42 of the Human Rights.

Q Anything else but the facts of the case? Anything else before sentencing today?

Exhibit 7

Perez, Jose Ramon
D/O/B 9-18-64
S.S.# Don't Have

| DIVISION: CRIMINAL | [ ] ADJUDICATION WITHHELD<br>[X] ADJUDICATED GUILTY | CASE NUMBER<br>03 15974<br>CF CF10 |
|---|---|---|

# FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
| | | | | |

Fingerprints taken by: Exhibit 7

Gloria Burley-Johnson 11945 Court Deputy
Name & Title

DONE AND ORDERED in Open Court at Broward County, Florida this 29 day of July 2004.

I HEREBY CERTIFY that the above and foregoing fingerprints of the Defendant Jose Perez, and that they were placed thereon by said Defendant in my presence in Open Court this date.

aka: Kenny Bouchard

[signature]
JUDGE

# TOWN HOUSE RENTAL APPLICATION

1776 POLK STREET, HOLLYWOOD FL. 33020 PHONE 954 925 1195

REFERRED BY: MYSELF

WHEN IS APT NEEDED: Month 01 Date 2007 DATE: 12/12/2001

WHO TO CONTACT: KENY R. BOUCHARD Phone # (954) 383-67 47.

SOCIAL SECURITY # — Citizen's Card # A 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

PRESENT ADDRESS: 1934 TAFT ST How Long ? 3 MONTH Phone # (954) 383-674

PREVIOUS ADDRESS: 1704 POLK STR Telephone #

NAME OR FIRM OF EMPLOYER: COMFORT INN 2520 STIRLING ROAD Hollywood

BUSINESS TELEPHONE: 1800-333-1492 OR 922-1600 - (954) 923-53

AUTOMOBILE: YEAR ____ MAKE ____ LICENCE # ____

**BANK REFERENCE:**

(1) Bank's Name: FIRST UNION Phone # ____ Savings [] Check [x] Acct # —

(2) Bank's Name: ____ Phone # ____ Savings [] Check [] Acct # ____

**CREDIT REFERENCE:**

(1) Company Name: ____ Acct. # ____

(2) Company Name: ____ Acct. # ____

(3) Company Name: ____ Acct. # ____

**PERSONAL REFERENCE:**

(1) Person's name: ____ Phone. # ____

(2) Person's name: ____ Phone. # ____

NEXT OF KIM: Name: ____ Phone # ____ Address: ____

IN CASE OF EMERGENCY NOTIFY: JOSE R. PEREZ Phone. # (954) 383-6747

LEGAL REFERENCE: ____ Phone .# ____

PHYSICIAN REFERENCE: ____ Phone. # ____

HOSPITAL REFERENCE: ____ Phone. # ____

**DEPOSITS:**

1st Month's rent:................ $ ____ Total Due:...... $ ____

Security Dept.: -demages- ..... $ ____ Amount Paid:... $ ____

Advance Rent: -two months-... $ ____ Balance Due:... $ ____

**APPLICANT's SIGNATURE:** ____ Today's date ____

Microsoft-word/last revised 8-01

DOB

SS#

Exhibit 9

②

Exhibit 9

TERM ID: @547 DATE: 10/18/04 TIME: 1428 PAGE NO: 006

------------COUNT------------

DEFT #: 03015974CF10A CNT: 002 FILE DATE: 11/21/03
FILE TYPE: STATE ATTORNEY - INFORMATION
FILING AGENCY BROWARD SHERIFF OFFICE/DANIA
CUR STAT: FXXD800044A CUR STAT DESC: LEWD/LASC BATTERY PERS 12+/<16
AMEND/REFILE: STAT TYPE: FELONY DEGREE: 2 SRS CODE: CF203
CUST STATUS: CHARGE DISPOSED CITATION: NTA #:
OR PLEA: ARRAIGNMENT / NOT GUILTY-JURY OR PLEA DATE: 12/11/03
FIND: CONVICTED BY JURY FIND DATE: 06/28/04
ADJ: ADJUDICATE ADJ DATE: 07/29/04 ADJ ALL:
SENT: WITHHELD NOTE: CT ON APPEAL
DATE ENTR: 09/21/04 USER: SABRINA I WHITTAKER KEY: CO
**SUMMARY DATA** COUNT STATUS: COMPLETED OP CAP: 0 SENT DATE:
OP D6: 00

Exhibit 10

Exhibit 10

TERM ID: 0547 DATE: 10/18/04 TIME: 1428 PAGE NO: 002

NO NO

------DEFT DESC------

DEFT #: 03015974CF10A SSN: 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 ADDRESS 1: 1776 POLK ST #4E
ADDRESS 2: CITY: HOLLYWOOD
STATE: FLORIDA NO ZIP: 33020 ZONE:
VEH MAKE: HGT: 601 WGT: 185 EYES: BROWN HAIR: BROWN
COMPLEXION: MEDIUM SCARS, TATTOOS: NO
BIRTH CITY: CARACAS BIRTH STATE: VZ
LANGUAGE: ENGLISH NO DATE ENTR: 09/24/03 USER: BOOKING INTERFACE KEY: D

------ALIAS------

DEFT #: 03015974CF10A SEQ: 01
ALIAS: PEREZ, JOSE RAMON DOB: 09/18/64
FILED: ARREST DATE ENTR: 09/24/03 USER: BOOKING INTERFACE KEY: AL
DEFT #: 03015974CF10A SEQ: 02
ALIAS: BOUCHARD, KENNY NO DOB: 09/18/64
FILED: YES DATE ENTR: 12/10/03 USER: SUSAN FEDOROFF KEY: AL

BROWARD SHERIFF'S OFFICE
1
2
3
5
6
Exhibit 11(A)

# BROWARD SHERIFF'S OFFICE

1

2

3

Jonathan Boneta 9:41

Exhibit 11 (B)

5

6

Send original # 51-1
Keep copy # 57-2
Date: 09/28/2006.

Exhibit -12

IN THE CIRCUIT COURT OF THE 17 Th. JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR Broward COUNTY

Jose R Perez
DC#: L53206 (Dorm K1109)
ZEPHYRHILLS C.I.
2739 GALL BLVD.
ZEPHYRHILLS, FL 33541

Exhibit 12

DATE: 09/28/2006

CASE NO.: N: 03-15974CF10A

CLERK OF THE CIRCUIT COURT
Broward County
201 South east sixth street
Faurt lauderdale
FL. 33301

FELONY
2006 OCT -5 PM 2:18
RECEIVED
CLERK, CIRCUIT COURT
BROWARD COUNTY, FL

REQUEST FOR DOCUMENTS

Dear Clerk,

I was sentenced on or about July-29-2004 (Jude Imperato) in the Circuit Court of your County. I would greatly appreciate it if you would send me one copy of each of the following documents:

- ☐ Judgment and Sentencing Order
- ☐ Sentencing Guidelines Scoresheet
- ☐ Written Plea Agreement
- ☐ Information or Indictment
- ☐ Presentence investigation report
- ☒ Other Can you Please send me The Full Police statement

Thank you for your assistance in this matter, and I hope to hear from your office in the near future. Until then, I wish to remain,

2/26/07

Sincerely yours,
José Ramón Peréz
Mail on 09/29/2006

Inmate Jose R. Perez
DC# L53206
ZEPCI

Giovanna I. Perez
Commission #DD246853
Expires: Sep 03, 2007
Bonded Thru
Atlantic Bonding Co., Inc.
NOTARY PUBLIC · STATE OF FLORIDA

9/28/06
Pasco County
Florida.
# 57

Exhibit 13-

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA**
**FOURTH DISTRICT, P.O. BOX 3315, WEST PALM BEACH, FL 33402**

January 25, 2007

**CASE NO.: 4D07-122**
L.T. No. : 03-15974CF10A

Exhibit 13(A)

JOSE R. PEREZ v. STATE OF FLORIDA

Appellant / Petitioner(s), Appellee / Respondent(s).

**BY ORDER OF THE COURT:**

ORDERED, that the petition for writ of mandamus filed January 5, 2007 seeking to compel the circuit court clerk to comply with petitioner's request for information in the public records is hereby transferred to the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County. *See Tedesco v. State*, 807 So.2d 804 (Fla. 4th DCA 2002).

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

Howard Forman, Clerk Jose R. Perez Attorney General-W.P.B.

dl

Marilyn Beuttenmuller
MARILYN BEUTTENMULLER, Clerk
**Fourth District Court of Appeal**

DISTRICT COURT OF APPEAL FOURTH DISTRICT SAT CITO SI RECTE STATE OF FLORIDA

Please look at exhibit 13

Fourth District Court of Appeal
P.O. Box 3315
West Palm Beach, Florida 33402
(561)-242-2000

**ACKNOWLEDGMENT OF NEW CASE**

DATE: January 11, 2007

Exhibit B(B)

STYLE: JOSE R. PEREZ v. STATE OF FLORIDA

4DCA#: 4D07-122

The Fourth District Court of Appeal has received the Petition reflecting a filing date of 1/9/07

The county of origin is Broward.

The lower tribunal case number provided is 03-15974CF10A

The filing fee is Not Required.

Case Type: Mandamus Criminal

The Fourth District Court of Appeal's case number must be utilized on all pleadings and correspondence filed in this cause. Moreover, ALL PLEADINGS SIGNED BY AN ATTORNEY MUST INCLUDE THE ATTORNEY'S FLORIDA BAR NUMBER.

Please review and comply with any handouts enclosed with this acknowledgment.

cc: Jose R. Perez Attorney General-W.P.B.

hibiT 13 C

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

JOSE PEREZ,
Petitioner,

CASE NO.: CACE 07-1565(21)

v.

Exhibit 13(C)

HOWARD C. FORMAN
as Clerk of the Courts of
Broward County, Florida,
Respondent.

RECEIVED
MAR 07 2007
DADE NORTH ANNEX

CLERK OF COURT'S RESPONSE TO ORDER

Howard C. Forman, Clerk of the County and Circuit Courts for Broward County, Florida, (hereafter referred to as "Clerk") hereby files this Response to the Order to Show Cause issued by this Court on February 6, 2007, and responds as follows:

1. The undersigned counsel has been informed by the Clerk's Felony Division, which handles correspondence and requests for record, that the Clerk received a request from the Petitioner on January 13, 2006, for Petitioner's arrest report, sentencing guidelines, scoresheet and judgment/sentence, which the Clerk replied to on February 27, 2006; the Clerk received a request dated September 28, 2006, from the Petitioner for the full police statement, which was received on October 5, 2006, and which was sent to Petitioner previously in the form of the arrest report; and no further requests for documents were received by the Clerk, namely the documents named in Petitioner's Petition for Writ of Mandamus.

2. All previous correspondence received by the Clerk from the Petitioner appears to have been responded to by the Clerk; however, if a mailing error occurred which prevented the Petitioner from receiving copies of records contained in the court file that the Petitioner is

Exhibit 13 – D

lawfully entitled to receive, the Clerk will provide copies of the requested documents to the Petitioner upon request.

3. The Clerk will continue to provide to the Petitioner copies of any documentation as required by law.

Exhibit 13 (D)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via mail on this 27th day of February, 2007, to: Jose Ramon Perez, #L53206—DOT 11012, Dade Correctional Institution, 1900 SW 377 Street #300, Florida City, FL 33034; James McLane, Esq., Assistant State Attorney, 201 S.E. 6th Street, Fort Lauderdale, FL 33301; August A. Bonavita, Esq., Office of the Attorney General, 1515 North Flagler Drive, West Palm Beach, FL 33401-3432; the Honorable Cheryl J. Alemán, Circuit Court Judge, 201 SE 6th Street, Rm. 999, Fort Lauderdale, FL 33301.

Vanessa Steinerts

Vanessa T. Steinerts
Florida Bar No. 0121649
General Counsel for the Clerk of Courts
201 S.E. 6th Street, Rm. 136
Fort Lauderdale, FL 33301
(954) 831-5849 phone
(954) 831-7047 fax

Exhibit 13 E

HOWARD C. FORMAN
CLERK OF CIRCUIT AND COUNTY COURT
17TH JUDICIAL CIRCUIT

201 SOUTHEAST 6TH STREET
BROWARD COUNTY COURTHOUSE
FORT LAUDERDALE, FLORIDA 33

Exhibit 13(E)

Date 2-26-07

Case # 03-15974CF10A

To Whom it may concern:

The attached document was received by this office. We are not able process this paperwork for the following reason:

____ No Signature.

____ Need original Signature

____ This is not a Broward County case.

____ Unable to locate a Felony record. Please send the subject name as arrested and/or case number.

✓ Other Complaint affidavit is attached. Full police statement must be requested from the arresting agency.

Thank you,

[signature]
Deputy Clerk

"THE RACE FOR QUALITY HAS NO FINISH LINE"

Exhibit 14

# State of Florida
# Office of the Public Defender

Fifteenth Judicial Circuit of Florida

**Carey Haughwout**
Public Defender

421 3rd Street
West Palm Beach, Florida
33401-4297

Telephone
(561) 355-7500

August 11, 2005

Exhibit 14

Mr. Jose Perez, DC# L53206
South Bay Correctional Institution
600 U.S. Highway 27, South
South Bay, FL 33493

Re: Appellate Case No. 4D04-3126

Dear Mr. Perez:

I received your letter dated August 6, 2005. I am sorry that you lost the police statement from your records. Enclosed is all that I have in your file.

Sincerely,

James W. McIntire
Assistant Public Defender

JWM/da

Enclosure: Copies from File

EX BIT 15

Exhibit 15

SOUTH BAY CORRECTIONAL FACILITY
HEALTH SLIP/PASS

The below-named inmate is authorized for:

- ☒ Bed rest lay-in From 5/22/06 To 5/29/06
- ☒ Low/bottom bunk From 5/22/06 To
- ☐ No shave From ____ To ____
- ☐ Restricted activity From ____ To ____

Restrictions: ____

☒ Other: From ____ To ____

Return to Medical for RN F/U 5/23/06 0800am

Inmate [illegible]
DC# L53206 R/S B/M
Date of Birth ____
Institution SBCF

Authorized By [signature]
(Initial & Name Stamp)
Date: 5/22/06

Dr. Hernandez
SBCF

Comparable to
DC4-701D

Exhibit 15-B

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SLIP/PASS

The below named inmate is authorized for:

- [ ] Bed rest lay-in From ______ To ______
- [x] Low/bottom bunk From [illegible] To [illegible]
- [ ] No shave From ______ To ______
- [x] Restricted activity From [illegible] To [illegible]
- [x] Restrictions: (1) [illegible] (2) NO [illegible]
- [x] Other: From [illegible] To [illegible]
  [illegible]

Inmate [illegible] Authorized
DC# [illegible] R/S [illegible] by: [illegible]
Date of Birth [illegible] (Initial & Name Stamp)
Institution [illegible] Date: [illegible]

Health Slip/Pass
DC4-701D (2/96) White/Medical Yellow/Security Pink/Inmate

EXhibiT 15 D

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SLIP/PASS

The below-named inmate is authorized for:

- [ ] Bed rest lay-in From ________ To ________
- [x] Low/bottom bunk From 9/3/07 To 9/14/07
- [ ] No shave From ________ To ________
- [x] Restricted activity From 9/3/07 To 9/14/07

Restrictions: ________

- [x] Other: From 9/3/07 To 9/14/07

Cane pass

Inmate Perez, Jose
DC# 153200 R/S [illegible]
Date of Birth [illegible]
Institution [illegible]

Authorized by: [illegible]
W. PINEDA SR. SPEC. MADISON C.I.
(Initial & Name Stamp)
Date: 9/3/07

Health Slip/Pass
DC4-701D (2/96) White/Medical Yellow/Security Pink/Inmate

Exhibit 16

Ms Slaughter

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Exhibit 1C

Mail Number:
Team Number:
Institution:

TO: (Check One)
- [x] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Dental
- [ ] Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Jose Perez | 153206 | H1 (113U) | House man | 04/30/2006 |

## REQUEST

Estimado Warden saludos: la Presente es Para informarle que esta es la 2ª vez que hablo de mi Transferencia Para otra Prision, me Pase casi 3 meses en confinamiento desde el 2/2/2006. hasta 04/26/2006 Para luego desirme algunos oficiales que Tenia que regresar al campamento o si no me daban un (DR) el Tiempo que estube en confinamiento Trate de hablar con alguien de su Personal (Mandando request) sin resivir ninguna respuesta; Yo no me explico como (SFRC) me manda otra vez a South Bay despues de los Problemas que he Pasado aqui no hes la Primera vez que estoy en confinamiento sin causa alguna la 3 vez, con secuelas desde la Perdida de ½ de mis Papeles legales hasta haber sido hospitalizado Por Problemas de stress-Post-Traumatico, Podria hacer usted algo Para regresar a (S.F.R.C) Podria escribirme o llamarme Para saber si Podria obtener algun Tipo de alluda de su Parte, se lo agradeceria I am speak english, and read ok. and I writing [illegible] - Please can you Tell any Professional [illegible] Spanish can Traslate For you Thanks (I don't want stay here any more Please hel me out I don't want To be in confinament again) Jose.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

**DATE RECEIVED:**

SFRC is an intake reception Center. You were designated to South Bay by the DOC. If you have some legitimate reason for not staying here, you'll need to discuss that with your CPO for review. accordingly, you are appropriately designated to SBCF.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 5/3/06

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Exhibit 17

EXHIBIT 17

Honorable: Marta Villacorta — Florida 05/22/2006.

Regional IV director of INSTITUTIONS

OFF / 20421 sheridan street

FT lauderdale Florida 3332.

Honorable: Marta Villacorta

Saludos:

La Presente es Para informarle que esta es la Tersera carta que le escrivo cont la finalidad de que me Pueda alludar a salir de este resinto corselario lo mas Pronto Posible, ya que he Tenido muchos Problemas de indole desconosido hasta el Punto que he resibido agresiones Fisicas de Todo Tipo, Por algunos miembros de esta institucion y reclusos a tal Punto que he estado hosPitalizado con heridas Punso Penetrantes la cual ameritan su Pronto interversion. Ademas ya les he escrito a las autoridades venezolanas de estos athos.

Dears

The Present letter is To informe you That is it's The secon one That I'm ready sending To you For some Problem which officers and inmates in Thoose INSTITUTIONS south Bay CI and Dec S.F.R.C I am also been writing To The Venezuela consulate and Explained my Probleam, because a was Trait To resolve with. The authorities of This INSTITUTION and I can not Fix nothing. Please write me back and geve me That opportunity To sPeak with you Thank.

Sincerilly Jose Román Perez. #153206 / DH-1(113U)

South Bay CI / 600 US Hwy 27 South / South Bay Florida 33493

Hibit 18

Exhibit 18

Florida 05/22/2006.

Honorable Consul de la Republica Bolivariana de Venezuela.
1101 Brickell AV / North Tower / Piso 9 / OFF# 901
Miami Florida 33131

Mis saludos:

La Presente es Para notificarle que desde hace 3 meses aproximadamente envie unos carta con Todo mis datos Personales., y el Porque de mi detencion, ademas de Pedirle el Favor si alguna Persona del consulado Pudiese visitarme Para que vean en el estado en que me encuentro y contar otros episodios y echos que se me han sucitado, y no he Podido resolverlos Por Falta de conosimiento Juridico de las leyes Norteamericanas, Por las Trabas que el sistema mismo mengua, a tal Punto que Pienso que este Problema es de orden Politico religioso, Por las raises en que se Formentaron y de las consecuencias del mismo. En este momento acabe de salir del hospital despues de haber resivido algunas cortadas Punso Penetrantes; me he quejado con algunas autoridades de sistema carselario sin resivir ninguna Respuesta a cambio. Sin mas Preambulo esperando que su exselencia Pueda Prestar la devida alluda a sus ciudadanos en el exterior como lo Tipifica la constitucion de Venezuela y las leyes expresadas de los derechos humanos en la convencion de viena y la organizacion de los estados Americanos.

Atentamente un servidor

Jose Roman Perez: (53206 / south Bay / 600 U.S Hwy 27 south / south Bay Florida 33493. / Dorm H-1 (113U).

Exhibit 18-B

copia (1)

Exhibit 18(B)

Honorable embajador de la Republica Bolivariana De Venezuela
Sr. Bernardo Alvarez

copia de hon... (1-2) como constancia de la original guardar como Recibo de mi Lugar

1099 30th Street NW
Washington DC 20007
(202) 342-22 14

PROVIDED TO MADISON C.I. ON SEP 1 7 2007 FOR MAILING

Mis Saludos

La Presente es Para notificarle que desde hace 3 años en Julio del 2004 envie una carta con Todos mis datos Personales, al Consulado de Miami 1101 Brickel AV North Tower, Piso #9 Ofi# 901 Florida, 3313 Sin ninguna respuesta de Parte de ellos, la misma fue Para notificar, algunos de mis documentos Personales y el relato de mi Privasion de libertad, con algunos agravantes y episodios que van desde violaciones de los derechos humanos, irrespeto a las leyes internacionales, (convension de viena) leyes de inmigrasión, y hasta violasiones de la Constitusion Norte Americana, Por Parte de algunos autorides Floridianas, las cuales son mas de indoles Politicos Religiosos, que criminales, Por las raises en que se fomentaron y las consecuensias del mismo. Tales: como algunas Torturas de reclusos mandados con consignas anticomunistas, que han dejado en mi Persona Secuelas, de caracter fisicos y mentales, a tal Punto que he Sido hosPitalizado ya varias veses. (sin la visita de ningun diplomatico)

Y Para completar he Tratado de resolver los insidentes de la manera mas diplomatica con dichas autoridades sin existir ningun dialogo, lo que he resivido es indiferencia a los Problemas.

Desearia con todo el respeto de que su honorable se merese, que Por favor averiguase que ha Pasado con las autoridades Consulares de Venezuela, Porque la verdad es que no he Tenido la atension ni el contacto con los mismos, y Por ende nesecito el apoyo de ustedes Para Parar todas estas albitrariedades y otras que Puedan Presentarse en mi contra y contra otros de nuestros consiudadanos, ademas Tambien con nuestros hermanos hispanoamericanos encarselados en los Estados unidos y sobre todo en la Florida

SEP 1 3

copia (2)

Sin mas Preambulos, esperando que su excelencia pueda prestar la devida alluda a sus ciudadanos en el exsterior asi como lo tipifica la constitucion venezolana, las leyes expresadas de los derechos de la convension de viena y la Organizacion de los Estados Americanos

Dios, Patria y libertad

Simon Bolivar

Atentamente un Fiel servidor

Jose Ramon Perez #L53206
Dorm J/1222
Madison Correctional Institution
382 SW. MCI Way
Madison Florida, 32340

SEP 13

Exhibit 19 A

Exhibit 19(A)

Joze

Ok So I meke mistake you esk me IF Im Gey, I guess you Can Sey I em I've hed e Few boy's I've been in Prison For 20 yecr's and The Only Sex I Know is with e Gey Person I've Never Let enybody Fuck me or Suck Dick, Im The men and who ever Im with is The women, Are you Sure your not Gey, I wes going To Show you my dick, now Im gled I did not you might get med,

you might Like This Plece, I don't beccuse every Thing is in Side I Like To Stey out Side

Im 36 yecr's old end Im from Ft. Pierce Fl,

write bcck end
Tell me more about
you

EXHIBIT 19 B

Exhibit 19(B)

I really don't know how to start This, I guess I'll Just come Right out and ask you "are you Gay" I've been in Prison along Time and I can usally spot some one who is..

my name is [redacted] Im back here for P.m. my family called and Told The inspector my Life was in danger I went Along with it because I don't Like This Place and want To get back To D.O.C hopefully mertial

Holler Back At me, and If your with it Show me what your working with

Exhibit 20

Exhibit 20 A

Oye comunista
chavista esto
que te esta pasando
es en venganza
por todos los presos
politicos
que estan presos 10 anos
Venezuela
te [illegible] queremos
mandando gente para
que te ocupen la casa y
te jodan si dices algo te
pasaremos la factura



VENEZUELA & Miami Herald = Tuesday, September 9, 2008 Page 5A

①

# Controversial interior minister bowing out

**■ Venezuela's interior minister, whose ideological sympathy with Colombia's FARC guerrillas raised serious concerns, is resigning.**

BY PHIL GUNSON
Special to The Miami Herald

CARACAS — Venezuela's controversial interior minister, Ramón Rodríguez Chacín, announced Monday that he was stepping down "for strictly personal reasons" and handing the job over to his no-less-controversial deputy, Tarek El Aissami.

Rodríguez Chacín, a retired naval officer with a background in intelligence and counter-terrorism, has acted for many years as the principal link between leftist President Hugo Chávez and the FARC guerrillas of neighboring Colombia.

He played a key role earlier this year in the release into Venezuelan hands of hostages held by the FARC. An avowed Marxist-Leninist, his ideological affinity with the guerrillas and often clandestine activities have aroused serious concern, especially after guerrilla computers seized in March appeared to confirm that the Chávez government was supporting the rebels.

The Venezuelan government has dismissed the computer documents as a fabrication by Colombia and the United States.

El Aissami, 33, who is Venezuelan-born but of Syrian origin, had been acting as deputy interior minister for public security.

In 2003 El Aissami was appointed, along with another radical student leader from the University of the Andes in the city of Mérida, Hugo Cabezas, to head the country's passport and naturalization service, the Onidex.

Cabezas is now the government candidate for governor of the Andean state of Trujillo in elections due to be held Nov. 23.

The appointments raised eyebrows after it became apparent that El Aissami was a supporter of the deposed Iraqi leader Saddam Hussein, and that his father headed the Venezuelan branch of Hussein's Ba'ath Party.

In the notoriously violent world of student politics in Mérida, El Aissami had also led armed groups that occasionally engaged in gun battles with their student opponents.

His main rival at the university, Nixon Moreno — who eventually defeated him in elections to the presidency of the student union — was forced to seek asylum in the Vatican embassy in Caracas two years ago after being accused of attempted rape.

Moreno, who remains at the embassy, accuses the government of fabricating the charge as part of a campaign of political persecution.

It is unclear why Rodríguez Chacín has stepped down, after his second stint as interior minister. He also held the post in 2002.

But Rodríguez Chacín's claims to have achieved a significant reduction in Venezuela's record homicide rate have met with widespread skepticism, and crime is currently the No. 1 concern of the electorate.

HOWARD YANES/AP

**LEAVING:** Interior Minister Ramón Rodríguez Chacín says he's leaving his job for personal reasons.

## ACLARACION

New Herald 09/24/2003

②

La foto publicada en nuestra edición de ayer sobre un activista del presidente Hugo Chávez en la Florida a quien se le revocó la residencia, corresponde en realidad al destacado pintor venezolano Jesús Soto.

③

## U.S. could learn a lot from Chavez's rule

Wednesday 12/12/2007

USA TODAY's story on Venezuelan President Hugo Chavez stated that critics fear that Chavez would have been a "de facto dictator" if he had gotten his way. A nationwide referendum to keep Chavez in office indefinitely did not pass ("Venezuelan leader's power play has echoes of Castro," Cover story, News, Nov. 29).

But the potential constitutional change would not have guaranteed that Chavez would have stayed in office. Chavez still would have had to subject himself to the democratic will of the Venezuelan people.

Contrary to the inference that Chavez is a wannabe dictator, Venezuela has a vibrant democracy. There have been 11 elections under Chavez's administration, all of which were determined to be free and fair by numerous respected international observers. Chavez's gracious acceptance of the rejection of his Venezuela's democratic process.

What is perhaps more telling were some of its other constitutional changes that expanded both societal and economic democracy.

These would have reduced the work week, expanded Social Security, banned discrimination against gays and lesbians, created a right to free education — including a university education — and mandated that prisons focus on rehabilitation. These reforms would have advanced the economic democracy that the Venezuelan government has initiated by sharing the nation's wealth with the formerly disenfranchised.

With growing poverty, unemployment, dislocation and hunger in the USA, there is actually a lot that the U.S. government could learn from Venezuela about economic and political democracy.

Leila McDowell

AFP/Getty Images

**Chavez:** President of Venezuela.

Exhibit 20-B

SEP 17

Exhibit 20C

Wo

# Despite posturing, war is not likely in Latin America crisis

AFP/Getty Images

**Hugo Chávez**

By Chris Hawley
USA TODAY

It's not easy trying to read Hugo Chávez's mind.

Yet the outcome of South America's most serious military crisis in many years, which intensified this week when Chávez threatened war with neighboring Colombia, may ultimately be determined by the whims of the often volatile Venezuelan president.

Full-scale war between Venezuela and Colombia still seems unlikely because of $5 billion in annual trade and a history of warm relations between the countries, says Peter DeShazo, director of the Americas Program at the Center for Strategic and International Studies, a think tank in Washington.

Chávez has a history of lashing out at perceived foreign enemies — particularly President Bush, who he has repeatedly called the "devil" — when his popularity is hurting at home.

**News analysis**

Following the surprise defeat last December of a referendum that could have made him president for life, Chávez has intensified his criticism of Colombia, the United States' closest ally in the region. He has described President Alvaro Uribe as a "criminal," a "liar," and a "mafioso." Chávez's standing has also been eroded by shortages of milk, beef and other basic goods.

Chávez "is certainly milking the crisis for everything it's worth," says Cynthia Arnson, director of the Latin American program at the Woodrow Wilson International Center for Scholars in Washington.

The stakes were raised further Tuesday as Venezuela dispatched troops to the Colombian border and Colombia's government accused Chávez of "genocide" for supporting a rebel movement within its borders.

Bush accused Chávez on Tuesday of "provocative maneuvers" and said that "America would continue to stand with Colombia."

The rhetoric is becoming so heated that Chávez and Uribe may find it increasingly "difficult to walk back from" the confrontation without losing face, DeShazo says.

By Juan Carlos Hernandez, AP

**Troops mobilized:** Venezuelan soldiers leave Fort Paramacay in Valencia for the Colombian border Tuesday. Ten battalions were sent to the front.

USA TODAY

The confrontation began Saturday when Colombian forces attacked a camp of guerrillas about a mile inside neighboring Ecuador, whose left-leaning president is a Chávez ally. Chávez accused Colombia of violating Ecuador's territorial sovereignty.

Colombia says documents on a computer seized during the raid show the Marxist guerrillas, known as the Revolutionary Armed Forces of Colombia, were trying to buy uranium for possible use as a weapon. Other documents show Chávez was helping to fund the guerrillas and that Ecuador was allowing them to operate on its soil, the Colombian government has alleged.

Disputes among South American countries are rare and usually resolved through diplomacy. Brazilian President Luiz Inácio Lula da Silva, a major power-broker in the region, said Tuesday that he was "convinced we're going to find a calm and peaceful exit for this."

On paper, all three countries could pose a military threat.

Venezuela only has about 70,000 ground troops, but Chávez has spent billions of dollars on new weapons in recent years. The country now has a powerful air force with new Russian helicopters and quality Su-30 Sukhoi fighter jets.

Colombia has received about $5 billion in U.S. military aid since 2000, mainly in the form of helicopters and counterinsurgency training. U.S. military trainers work closely with many units.

Ecuador's military is small but tested after fighting Peru in the one-month Cenepa War of 1995.

Julio Aibar, a professor at the Latin American Faculty of Social Sciences in Mexico City, says Venezuela can't afford to attack Colombia because it needs its imports to counter food shortages.

"It's a serious situation whenever you have one country doing military operations inside another country's borders," Aibar says. "But I don't think it's going to come to war."

Hawley, who is the Latin America correspondent for USA TODAY and *The Arizona Republic*, reported from Mexico City.

Exhibit 20C

# U.S. baseball strikes out with Chávez

## Ambassador's overtures through sport anger Venezuela's leaders

By Danna Harman
USA TODAY

BARINAS, Venezuela — Varned against such actions, J.S. Ambassador William 3rownfield flew here recently o do something he knew vould infuriate his host gov-rnment: throw a baseball into he waiting mitt of a local boy.

It was the latest of Brownield's attempts at baseball di-lomacy and other community utreach since he arrived in 'enezuela in December 2004. his time, he was in the home-own of the country's anti-merican president, Hugo Cháez.

Relations between the Unit-d States and Venezuela, in a ailspin for more than six years, ave never been worse. The ush administration calls Cháez a threat to democracy in atin America. The Venezuelan opulist says U.S. forces are reparing to invade his country.

Brownfield has met Chávez vice, once to formally present s credentials and a second me at a holiday celebration here they spoke for 35 sec-ds. "Next time, I hope to eak that record and last for ," Brownfield says.

### What Chávez says about the USA

- The United States and the CIA backed an aborted coup in 2002 that briefly forced Venezuelan President Hugo Chávez from office. (The United States has denied supporting the attempt.)
- The United States supports terrorism because it won't extradite two suspects in the 2003 Caracas bombings that injured four people.
- The United States is spying in Venezuela. (Chávez expelled a U.S. naval attaché in February; the United States responded by kicking out a Venezuelan diplomat.)
- He will halt oil exports to the USA, Venezuela's biggest customer.
- "Many people die of cold" in the winter.
- Secretary of State Condoleezza Rice is an "illiterate" who has a crush on him. "Don't mess with me, girl," he has warned.
- Venezuela should expect an imminent U.S. invasion and prepare by fielding a civilian militia with 1 million members.

Source: USA TODAY research

### 'passion we share'

Brownfield, 53, a career dip-mat whose wife is U.S. am-ssador to the Philippines, ys he isn't out to antagonize e Chávez government. Hand-g out baseball gloves and fix-g run-down diamonds are ings past U.S. envoys to Cara-s have done, he says.

"Baseball is a passion we are" with Venezuela, the am-ssador explains.

"Totally normal diplomacy," ite Department spokesman ic Watnick says.

But Brownfield's trips to or neighborhoods in and und Caracas have been rau-us affairs. Last August, local icials threatened to close a dium where he showed up announce a U.S.-funded ith baseball program. Later it month, the mayor of an-ier town barricaded the en-nce to a youth center to prevent the ambassador from launching a project there. Since then, he has been shadowed by men on motorcycles, his convoy has been trapped for hours by demonstrators, and he has been pelted with rocks and food by angry protesters shouting "Get out, gringo!"

On his weekly TV show, Chávez accused Brownfield of trying to "create problems" that would give the United States a pretext to invade Venezuela. "Start packing your bags, mister. If you keep provoking us . . . I'll throw you out of here," he said.

The U.S.-Venezuela relationship "is deteriorating. Other than with Iran or North Korea, with whom we don't even have relations . . . . nothing has reached such a low level," says Otto Reich, the State Department's top Latin America official in 2003 and 2004. "Chávez cannot allow Brownfield to move around the country peacefully. He needs to use him as an example of what can happen if anyone steps out of line or presents an alternative view."

By Andrew Alvarez, AFP/Getty Images

**In Caracas, Venezuela:** William Brownfield visits a school June 1. He gave a U.S. donation of $41,000 to a non-governmental training center and a rural health establishment.

Chávez's government clearly is orchestrating the violence and protests, says Reich, who served as U.S. ambassador to Caracas in the 1980s.

Reuters

**Chávez:** Says U.S. wants to invade.

The harassment alarmed the Bush administration.

"I guarantee you there will be some serious diplomatic consequences if we see this kind of attack again on our ambassador," State Department spokesman Sean McCormack said in April.

### 'Alternate message'

In Barinas, along the Santo Domingo River in western Venezuela, Brownfield cut the ribbon to open a youth baseball park built with a $19,000 U.S. donation.

Wearing a T-shirt and a Texas Longhorns cap, he posed for pictures, told baseball jokes in Spanish and handed out trophies.

Local officials, including Hugo de Los Reyes Chávez, the president's father and governor of Barinas state, were informed of Brownfield's visit.

None of the Chávistas, as the president's allies are known, attended. Brownfield has not met with a single pro-Chávez governor, mayor or high-ranking official for a year.

"What I am doing is getting a positive, alternate message out," says the ambassador, a fluent Spanish speaker. "Venezuelans have been receiving a single, anti-American message. Our counter to that is we are not bad people. We have good and similar values."

Certainly a similar love for baseball. Major League rosters in the USA are studded with stars from Venezuela — including pitchers Johan Santana of the Minnesota Twins and Carlos Zambrano of the Chicago Cubs; outfielders Bobby Abreu of the Philadelphia Phillies and Magglio Ordonez of the Detroit Tigers; and third baseman Miguel Cabrera of the Florida Marlins.

Ozzie Guillen, who managed the Chicago White Sox to a World Series championship last year, is from Ocumare del Tuy in northern Venezuela.

Baseball diplomacy is not new. Major League Baseball launched its own initiative in 1999 by arranging for the Baltimore Orioles to play two games against the Cuban national team. Some see baseball as a poor substitute for diplomatic relations.

Brownfield is a "mischief maker," says Larry Birns, director of the Council on Hemispheric Affairs, a liberal think tank in Washington. "His behavior is inappropriate. He is resorting to theatrical actions in order to undermine the regime."

In Barinas, fruit vendor Geronimo Diaz was insulted by the ambassador's visit.

"Since when does the mighty U.S. give out baseballs?" he said. "Do they think they will buy us that easily?"

Others, such as center fielder Edgar Opita, 5, were delighted. "This here is my new and excellent glove," he told one of Brownfield's aides. "Want to play?"

*Harman is Latin America bureau chief for USA TODAY and The Christian Science Monitor*

Exhibit 20E

MiamiHerald.com | THE MIAMI HERALD

THE AMERICAS : Tuesday, September 9, 2008 (Page 5-A)

CARIBBEAN

# Russia, Venezuela plan joint military exercises

**Russia said it is sending a naval squadron and airplanes to Venezuela later this year.**

BY VLADIMIR ISACHENKOV
Associated Press

MOSCOW — Russia said Monday it will send a naval squadron and long-range patrol planes to Venezuela this year for a joint military exercise in the Caribbean, an announcement made at a time of increasingly tense relations with the United States.

The apparently retaliatory move follows the U.S. deployment of warships to deliver aid to the former Soviet nation of Georgia, a month after Russian armor and aircraft crushed the Georgian military in a five-day war.

Russia's Foreign Ministry spokesman Andrei Nesterenko insisted Monday that Russia's decision to send the squadron and planes to Venezuela was made before Russia's war with Georgia.

"This deployment had been planned in advance, and it's unrelated to the current political situation and the developments in the Caucasus," Nesterenko said at a briefing.

But the announcement was made just a week after Prime Minister Vladimir Putin warned that Russia would mount an unspecified response to recent U.S. aid shipments to Georgia.

Venezuelan President Hugo Chávez, an unbridled critic of American foreign policy, was specific and blunt Sunday night about the possibility the U.S. might be concerned about the exercises.

"Go ahead and squeal, Yankees," Chávez said in a national broadcast in which he announced the exercises.

Nesterenko said the Peter the Great missile cruiser and three other Russian navy ships would visit Venezuela before the year's end, and would be joined by a unit of long-range anti-submarine patrol aircraft.

## TYPE OF PLANES

He did not say how many planes would be sent, but said they would be "temporarily based at one of Venezuela's air bases."

Nesterenko did not name the type of planes that would be deployed to Venezuela. Russia has two such planes: the Tu-142, which is an anti-submarine version of the Tu-95 Bear strategic bomber, and the smaller Il-38.

State Department spokesman Sean McCormack mocked Russia's plans to send a naval squadron for joint military exercises with Venezuela. If Russia really intends to send ships to the Caribbean, McCormack said, "then they found a few ships that can make it that far."

*'That shows that Moscow won't leave such challenges unanswered.'*

– VYACHESLAV NIKONOV, political analyst

Chávez said the Russian vessels would call on Venezuelan ports in late November or December. The Venezuelan leader, who has cultivated close ties with Moscow and placed big orders for Russian jets, helicopters and other weapons, has repeatedly warned that the U.S. Navy poses a threat to Venezuela.

Diplomatic relations between Caracas and Washington have been tense for years. U.S. officials have said Chávez poses a threat to democracy, and Chávez has emerged as Latin America's most outspoken critic of U.S. foreign policy.

Nesterenko said the joint exercise would not be directed against any third country.

But the Interfax news agency quoted Vyacheslav Nikonov, a pro-Kremlin political analyst, as saying that the Russian cruise to Venezuela was a response to the deployment of U.S. Navy ships to Georgia's Black Sea coast.

"That shows that Moscow won't leave such challenges unanswered," Nikonov was quoted by Interfax as saying.

Russian officials said past U.S. military assistance for Georgia had encouraged the Caucasus country to launch its offensive in South Ossetia, and argued that the new shipments could be a cover for weapons deliveries.

## HUMANITARIAN

U.S. officials have dismissed those accusations, saying the ships are carrying only humanitarian supplies.

Putin last week warned that Russia would respond to the U.S. aid shipments to Georgia, but he did not say how.

"We don't understand what American ships are doing on the Georgian shores, but this is a question of taste, it's a decision by our American colleagues," Putin said. "The second question is why the humanitarian aid is being delivered on naval vessels armed with the newest rocket systems."

Russia's reaction to the U.S. deployment to the Black Sea "will be calm, without any sort of hysteria. But of course, there will be an answer," Putin said.

Exhibit 20 F

Clockwise from left: A jungle camp in the Orinoco's mangrove channels; a guide displays baby anacondas; Hani Tahboub with two Warao staff.

Venezuela. We need to get down to the delta."

The Orinoco River basin is the third largest in South America. Its delta covers 7,800 square miles and stretches from the tiny town of Pedernales in the north down to the border of Guyana, and nearly 100 miles inland. When Christopher Columbus, on his third voyage, saw the massive amount of freshwater gushing out of the river's mouth into the gulf of Paria, which separates Venezuela from Trinidad, he knew he'd finally found a continent, not just another island. Like an aquatic Club Med buffet, the Orinoco carries an incredible array of bait fish into the Caribbean. I'd heard rumors of monster tarpon prowling the area for years; while on a sea-kayaking trip to Trinidad I'd even seen them rolling insolently on the surface.

So after three days of dodging oiled-up, banana-hammocked Germans on our back casts, we left Los Roques and took the short flight from Caracas to Barcelona. We needed a good truck to reach the Orinoco, and Barcelona was where we were getting it, from the owner of an adventure travel company called Jakera, which Paul works for and which specializes in trips to the delta and other Venny adventures.

Jakera, which means "beautiful" in the local Warao Indian language, is the brainchild of Chris Patterson, who first came to Venezuela from Scotland in 1996 at the age of 27 and didn't leave for seven years. When he finally returned to Great Britain, it was on a 24-foot sailboat that he guided from Caracas to London with a high school friend, carrying 150 pounds of local herbal products and no navigational equipment. "We were lucky we found the right continent," he says.

A tall, good-looking, charismatic entrepreneur with curly sandy-blond hair, Patterson has an endless supply of colorful stories. He and Paul met four years ago when Patterson was serving as the "entertainment director" for a Russian billionaire with a bottomless bank account and an unquenchable thirst for all things South American. "He was organizing a party for the Russian and his friends at this enormous castle in Ireland, where I happened to be at the time," Paul says of his first meeting with Patterson. "He got in touch with me through a friend and asked if I knew how to belay. I said I did, but I wanted to know who I'd be belaying. Chris said 'supermodels,' and that's how we met: belaying a couple of English supermodels off the side of a castle in Ireland." The billionaire even left a $40,000 water-ski boat behind.

After dinner, the subject of ultrapopulist president Hugo Chavez inevitably came up – this was not long after he'd compared President Bush to the devil on the floor of the UN. "Look, I'm one of the people here with the most to lose because I'm a landowner, and Chavez could come and take everything I've got at any time," Patterson said, rum and Coke sloshing around in his glass. "So I have every reason to hate him. But then you see his people roll into these tiny towns, come up to a house, and give three lightbulbs to a family that didn't have one. And that's how he does it. That's how he wins them over."

Patterson had won us over by agreeing to lend us one of his Land Rovers for the four-hour drive from Barcelona to the northern delta. The following afternoon Paul and I were motoring past grass huts along the Manamo River, which forms the western border of the delta, from Uracoa toward the tidal village of Pedernales, with visions of tarpon thrashing around in our heads. We cruised by countless small villages on stilts inhabited by the Warao, a tribe that has lived along the river for 20,000 years. As we passed through one village, a small boy ran down to the water, hopped in his little canoe, and did a Tony Hawk-like pirouette before turning and paddling away in one impressively athletic motion.

(2)-A

Exhibit (G-A)

**IRÁN**

**CARACTERÍSTICAS:**

■ 51 años.
■ Tiene un doctorado en ingeniería de transporte.
■ Miembro de la Asociación Islámica Estudiantil que planeó la toma de la embajada de Estados Unidos en Teherán en 1979.
■ Se unió a la Guardia Revolucionaria durante la guerra Irán-Irak a mediados de los años 80, y más tarde a la Fuerza Qods, formada por la Guardia para difundir, aunque fuera por la fuerza, la visión del Ayatolá Khomeini del nuevo mundo islámico.
■ Entró a la política a principios de los años 90. Fue alcalde de un pueblo y, después, gobernador provincial.
■ Fue elegido alcalde de Teherán en el 2003 y ganó seguidores por su postura populista contra la corrupción del gobierno. Con el apoyo de los clérigos conservadores, se convirtió en presidente de Irán en el 2005.

**ANTECEDENTES:**

■ Se piensa que participó en la planeación de la toma de la embajada de Estados Unidos en 1979; cinco rehenes afirman que fue uno de los captores.
■ El gobierno austríaco sospecha que colaboró en el asesinato de un disidente curdo en Viena en 1989.
■ Propone que Israel sea "borrado del mapa". El Holocausto, dijo, es "un mito".
■ Apoya a grupos terroristas palestinos y chiítas, incluido Hezbolá.
■ Ha introducido varios miles de soldados y políticos iraníes en Irak, donde se dice que tienen pisos francos y alijos de armas.
■ Desafía a la ONU al mantener un programa para enriquecer uranio y, potencialmente, construir armas nucleares.

**AMENAZA FUTURA:**

■ Si tuviera armas nucleares, Irán podría atreverse a intensificar el terrorismo y a apoyar a Hezbolá para que ataque objetivos estadounidenses en todo el mundo.
■ Podría bloquear el tráfico de petróleo del Golfo Pérsico por el estrecho de Ormuz, afectando 20 por ciento de los suministros mundiales.
■ Podría sabotear los esfuerzos de Estados Unidos en Irak, influenciando a sus líderes chiítas, y alentando ataques a las fuerzas estadounidenses por parte de grupos chiítas iraquíes.
■ Como cree que una guerra apocalíptica precederá el regreso del mesías chiíta, podría aprobar el conflicto.

FOTO: VAHID SALEMI/AP IMAGES

Estados Unidos en Latinoamérica y en todo el mundo", dice Michael Shifter, vicepresidente del organismo independiente Diálogo Interamericano.

Chávez fue elegido presidente de Venezuela en diciembre de 1998 (seis años después de que fracasara su intento de derrocar al gobierno). Muy pronto eliminó el senado del país y ocupó la Corte Suprema con "chavistas" leales. En diciembre del 2006, tras ser reelegido para seis años más de mandato, declaró que durante 18 meses gobernaría por decreto y sin considerar a los legisladores de la Asamblea Nacional. "Eso es lo que hacen los dictadores", dice Roger Noriega, ex subsecretario de Estado para Asuntos del Hemisferio Occidental. "Consolidan el poder de forma sistemática".

 Revista Selecciones Febrero\2008